**Opinion filed September 19, 2019**



# In The

# Eleventh Court of Appeals

_____

## No. 11-19-00216-CR

_____

## STANLEY WAYNE WEST, SR., Appellant

## V.

## THE STATE OF TEXAS, Appellee

---

**On Appeal from the 91st District Court**

**Eastland County, Texas**

**Trial Court Cause No. 22960**

---

## M E M O R A N D U M   O P I N I O N

Appellant, Stanley Wayne West, Sr., has filed in this court a motion to dismiss his appeal. Appellant indicates that he no longer desires to pursue an appeal, and he requests that this appeal be dismissed. The motion to dismiss is signed by both Appellant and Appellant's counsel in compliance with Texas Rule of Appellate Procedure 42.2.

The motion to dismiss is granted, and the appeal is dismissed.

PER CURIAM

September 19, 2019

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Stretcher, J.,
and Wright, S.C.J.[1]

Bailey, C.J., and Willson, J., not participating.

---

[1]Jim R. Wright, Senior Chief Justice (Retired), Court of Appeals, 11th District of Texas at Eastland, sitting by assignment.